Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by MARY POLINO, Dependent Mother, and FRANK SNOWN, Dependent Brother, on Account of the Death of JOSEPH SNOWN, Deceased, Respondents, v. THE UNITED STATES RADIATOR COMPANY, Employer, and THE OCEAN ACCIDENT AND GUARANTEE CORPORATION, LTD., Insurance Carrier, Appellants.— Motion denied.

In the Matter of the Judicial Settlement of the Accounts of JULIA GILHOOLY, as Administratrix, etc., of MICHAEL J. NEVAN, Deceased, Respondent. HARRY E. CLINTON, as Administrator de Bonis Non, etc., of MICHAEL J. NEVAN, Deceased, Appellant.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of DONALD SHERMAN, Respondent, for Compensation under the Workmen's Compensation Law, v. WEBSTER BASKET COMPANY, Employer, and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of LIDA M. WATKEYS, Respondent, for Compensation under the Workmen's Compensation Law, for the Death of HARRY S. WATKEYS, v. C. E. MILLS OIL COMPANY, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion denied.

In the Matter of the Application of the ALBANY CITY SAVINGS INSTITUTION for Authority to Change Its Name to ALBANY CITY SAVINGS BANK.— Motion denied. Hinman, J., not sitting.

In the Matter of the Application of the ALBANY CITY SAVINGS INSTITUTION, for Authority to Change Its Name to ALBANY CITY SAVINGS BANK.— Motion denied. Hinman, J., not sitting.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by BRIDGET McNAMARA, as Administratrix of JOHN J. McNAMARA, Deceased, and by BRIDGET McNAMARA, Widow of JOHN J. McNAMARA, Deceased, Respondents, v. M. J. DEMPSEY, Employer, and UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.— Reargument ordered on the question that an award for disability has been allowed an administratrix. Motion for leave to appeal to the Court of Appeals denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of JAMES BROWN, Respondent, for Compensation under the Workmen's Compensation Law, v. WALTON WATER COMPANY, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of PHILIP LEVIGNE, Respondent, for Compensation under the Workmen's Compensation Law, v. KNIGHT CAN COMPANY, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ANNA ERTEL, Surviving Wife of CHARLES ERTEL, Deceased, Appellant, for Compensation under the Workmen's Compensation Law, v. JOHN FEIST SONS COMPANY, Employer, and LUMBER MUTUAL CASUALTY INSURANCE COMPANY, Insurance Carrier, Respondents.— Motion granted.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the